HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG KAWASAKI, | Civil No. 5:07-CV-04930 PVT |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE,<br>Commissioner,<br>Social Security Administration, | |
| Defendant. | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (30) days up through and including Monday, March 17, 2008 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases (13) Plaintiff's counsel currently has before this district court and other district courts that also require briefing around this time.

1

STIPULATION AND ORDER

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: February 12, 2008

/s/
GINA SHIN
Special Assistant U.S. Attorney

Dated: February 12, 2008

/s/
HARVEY P. SACKETT
Attorney for Plaintiff
CRAIG KAWASAKI

IT IS SO ORDERED.

Dated: 2/19/08

*Patricia V. Trumbull*
HON. PATRICIA V. TRUMBULL
United States Magistrate Judge

2

STIPULATION AND ORDER