1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   GINA SHIN
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8926
       Facsimile:  (415) 744-0134
7
   Attorneys for Defendant
8
                   UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                   SAN FRANCISCO DIVISION
11

12  CRAIG S. KAWASAKI,                )
                                      )
13         Plaintiff,                 )     CIVIL NO. 07-04930-PVT
                                      )
14         v.                         )     STIPULATION AND ORDER OF REMAND
                                      )
15  MICHAEL J. ASTRUE,                )
    Commissioner of Social Security,  )
16                                    )
           Defendant.                 )
17  _____)

18

19         IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the

20  approval of the Court, that this action be remanded to the Defendant, Commissioner of Social Security,

21  pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.  The purpose of the remand is to

22  offer Plaintiff a new decision.

23         Upon remand, the Office of Disability Adjudication and Review will remand this case to an

24  Administrative Law Judge (ALJ) and direct him or her to reconsider Plaintiff's credibility and the

25  opinion evidence, including, but not limited to, that of Dr. Devine, including Dr. Devine's opinion

26  evidence, dated August 3, 2005.  In so doing, the ALJ shall apply relevant Agency regulations and

27  Social Security Rulings.  The Appeals Council further agrees to preserve the favorable portion of the

28  ALJ's decision, dated July 26, 2005.

1  Dated: *April 15, 2008*                    /s/ *Harvey P. Sackett*
                                                  (As authorized on April 15, 2008)
2                                              HARVEY P. SACKETT
                                               Attorney for Plaintiff
3

4                                              JOSEPH P. RUSSONIELLO
                                               United States Attorney
5

6  Dated: *April 15, 2008*       By:          /s/ *Gina Shin*
                                                  (As signed on April 15, 2008)
7                                              Special Assistant United States Attorney

8

9
   PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is reversed and remanded to the
10
   Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further
11
   proceedings.
12

13

14

15
   Dated:   4/23/08
16                                             PATRICIA V. TRUMBALL
                                               United States Magistrate Judge
17                                             Northern District of California

2